UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CRISTINA LOPEZ-SERRANO, <br> Defendant. | Case No. 20-CR-1452-LAB <br><br> JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS DEFENDANT CRISTINA LOPEZ-SERRANO |

The United States of America's Motion to Dismiss Defendant Cristina Lopez-Serrano with prejudice, is **GRANTED**. The Court dismisses the case against Cristina Lopez-Serrano with prejudice and the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

DATED: 9/25/2023.

HONORABLE BARBARA L. MAJOR
United States Magistrate Judge